Genevieve CAMPBELL, as Personal Representative, et al., Plaintiff–Appellant,

v.

The CITIZENS BANK OF EDINA, Defendant–Respondent.

No. 68747.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 28, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1996.

Application to Transfer Denied Aug. 20, 1996.

John David Collins, Macon, for appellant.

Marion F. Wasinger, Hanibal, Edward Leon Campbell, Kirksville, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals summary judgment in favor of Defendant on all counts of her equitable action which sought to establish that certain debts she owed to Defendant were void and that properties given to Defendant in partial satisfaction of these debts were equitable mortgages rather that absolute conveyances. We affirm.

We have reviewed the brief of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).